UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Berkley Regional Insurance Company *as subrogee of Schnoeckers, Inc., d/b/a BI Worldwide doing business as Berkley Technology Underwriters*,

     Plaintiff,

v.

Shenzhenshi Yishengda Dianzi Youxian Gongsi *doing business as Yishda*,

     Defendant.

File No. 20-cv-2382 (ECT/DLM)


**ORDER**

---

Plaintiff Berkley Regional Insurance Company moves to dismiss Defendant Shenzhenshi Yishengda Dianzi Youxian Gongsi ("Yishda") with prejudice.  ECF No. 161. Rule 41(a)(2) provides an action may be dismissed by court order at a plaintiff's request "on terms that the court considers proper."  Dismissal is proper because the motion is unopposed and the claims are being dismissed with prejudice.

For the foregoing reasons, and based on all of the files, records, and proceedings herein, **IT IS ORDERED** that:

1.    Plaintiff's Motion to Dismiss with Prejudice Defendant Shenzhenshi Yishengda Dianzi Youxian Gongsi [ECF No. 161] is **GRANTED**;

2.    All claims against Defendant Shenzhenshi Yishengda Dianzi Youxian Gongsi are **DISMISSED with prejudice**; and

3.      The action is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 6, 2024                          s/ Eric C. Tostrud
                                            Eric C. Tostrud
                                            United States District Court